AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:19mj00002 | Date and time warrant executed: January 11, 2019 at 3:35 pm | Copy of warrant and inventory left with: Warrant served via email uslawenforcement@google.com |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Digitally downloaded via Google Law Enforcement Request System on January 14, 2019.

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
02/21/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/21/2019

_____
*Executing officer's signature*

SA Davis Wolf
*Printed name and title*

Received in chambers by reliable electronic means on February 21, 2019.

USMJ